IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **400 MADISON LLC, et. al.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Civil Action |
| v. | : | |
| | : | 13-5077 |
| **WELLS FARGO BANK, N.A., et. al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 19th day of March 2014, upon consideration of plaintiffs' motion to remand (doc. no. 16), and defendants' responses thereto (docs. no. 18 and 20), **IT IS HEREBY ORDERED** that:

1. The motion to remand (doc. no. 16) is **GRANTED**;

2. This case is **REMANDED** to the Court of Common Pleas of Berks County;

3. Defendants' motions to dismiss (docs. no. 9, 12, 21, 22 and 23) are **DENIED AS MOOT**;

4. The Clerk is directed to transmit all original documents to the Court of Common Pleas of Berks County;

5. The Clerk is directed to mark this case **CLOSED.**

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.